### R. J. RICKEY *vs.* L. M. STEWART.

### February 24, 1891.

Sale—Evidence.—Evidence *held* sufficient to establish a completed sale of chattels, and to sustain the findings and decision of the trial court.

Appeal by defendant from an order of the municipal court of Minneapolis, refusing a new trial after a trial by the court and judgment of $65.66 ordered for plaintiff.

*Albert H. Hall,* for appellant.

*Cobb & Wheelwright,* for respondent.

*By the Court.* This action is brought to recover the price of a quantity of wall-paper alleged to have been sold and delivered to the

defendant by plaintiff.    There are no questions of importance in the
case other than questions of fact, and these we think are disposed
of finally by the determination thereof by the trial court, upon evidence which must be deemed sufficient to support the same.    Assuming the truth of the evidence introduced in plaintiff's behalf, it
tends to show that defendant called at plaintiff's place of business
with one · Bailey, a paper-hanger, examined goods and prices, and
selected such as he wanted, expressed himself satisfied with the
prices, gave instructions as to the quantity he required, and said
that he would send Bailey around to get the paper; that the paper
was accordingly delivered to Bailey the next morning, who called
for the same, and took it to defendant's premises, where he was
engaged in his employ, and where it remained several days.    Defendant afterwards refused to allow it to be used, or to pay for it.    The
selection of this paper by defendant, and its delivery according to
his directions to his agent, who accepted and took the same away,
constitute a completed sale at the stipulated prices.    We discover
no error in the rulings of the court in the reception of evidence in the
case.

Order affirmed.